**Michael Allen KOKOSKI,
Plaintiff—Appellant,**

v.

**Charles T. FELTS, Warden,
Defendant—Appellee.**

**No. 07–6617.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2007.

Decided: Aug. 17, 2007.

Michael Allen Kokoski, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

v.

**Charles FELTS, Warden, Defendant—
Appellee.**

**No. 07–6616.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 6, 2007.

Decided: Aug. 17, 2007.

Michael Allen Kokoski, Appellant pro se.

motion, we deny relief.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Allen Kokoski, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2007) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kokoski v. Felts,* No. 5:06–cv–00605 (S.D.W.Va. Apr. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*